UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER AMELIA ROSE, | Case No. 1:18-cv-01384-LJO-JDP |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF BE PERMITTED TO PROCEED ON COGNIZABLE CLAIMS AND THAT NON-COGNIZABLE CLAIMS BE DISMISSED WITH LEAVE TO AMEND |
| v. | |
| R. ADAIR, *et al.*, | |
| Defendants. | ECF No. 11 |

Plaintiff Jennifer Amelia Rose[1] is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 7, 2019, the magistrate judge screened plaintiff's complaint. ECF No. 11. The magistrate judge issued findings and recommendations that (1) plaintiff has stated excessive force claims against defendants Moody, Adair, Harmon, Franco, and Rodriguez; a deliberate indifference claim against defendant Agbayani; and an equal protection claim against defendant Harmon; (2) plaintiff's remaining claims should be dismissed without prejudice; and (3) plaintiff should be granted leave to amend the complaint. *Id.* Plaintiff filed a statement of non-opposition to the findings and recommendations. ECF No. 15.

---

[1] Plaintiff is also known as John David Gann.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1.  The findings and recommendations issued by the magistrate judge on May 7, 2019, ECF No. 11, are ADOPTED IN FULL.

2.  Plaintiff states excessive force claims against defendants Moody, Adair, Harmon, Franco, and Rodriguez; a deliberate indifference claim against defendant Agbayani; and an equal protection claim against defendant Harmon.

3.  Plaintiff's remaining claims are dismissed without prejudice, and plaintiff is granted leave to amend the complaint.

4.  If plaintiff files an amended complaint, defendants Agbayani, Moody, Adair, Harmon, Franco, and Rodriguez are not required to respond until the court screens the amended complaint.

IT IS SO ORDERED.

Dated:   **July 11, 2019**                          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE