# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER AMELIA ROSE, *also known as* JOHN DAVID GANN,<br><br>Plaintiff,<br><br>v.<br><br>R. ADAIR, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-01384-LJO-JDP<br><br>ORDER GRANTING JOINT REQUEST AND STIPULATION TO EXTEND TIME TO OPT-OUT OF SETTLEMENT CONFERENCE AND CONTINUE THE SETTLEMENT CONFERENCE<br><br>ECF No. 32 |

The parties' request for an extension and continuance, ECF No. 32, is granted. The parties must advise the court whether they will opt-out of the settlement conference by December 3, 2019. The settlement conference presently scheduled for January 30, 2020 is continued to February 21, 2020, at 9:30 a.m. before the Honorable Stanley A. Boone. (Scheduling conflicts make February 20, which the parties suggested, unavailable.) All other details and deadlines remain as described in my previous order, ECF No. 30.

IT IS SO ORDERED.

Dated: __November 13, 2019__                        _____
                                                                              UNITED STATES MAGISTRATE JUDGE

1

No. 205

2