| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>DAMON G. MCCLAIN, State Bar No. 209508<br>Supervising Deputy Attorney General<br>LEMAI LYONS, State Bar No. 285756<br>Deputy Attorney General<br>PREETI K. BAJWA, State Bar No. 232484<br>Deputy Attorney General<br> 1515 Clay St., 20th Fl.<br> Oakland, CA 94612<br> Telephone: (510) 879-0980<br> Fax: (510) 622-2270<br> E-mail: Preeti.Bajwa@doj.ca.gov<br>*Attorneys for Defendants*<br>*J. Harmon, R. Adair, M. Moody, M. Franco, A. Rodriguez, M. Agbayani* | FELICA MEDINA, Bar No. 255804<br>JENNIFER ORTHWEIN, BAR NO. 255196<br>KEVIN HUBBARD NO. 290759<br>DANIEL GALINDO NO. 322260<br>Medina Orthwein LLP<br>230 Grand Ave., Suite 200<br>Oakland, CA 94610<br>Telephone: (510) 823-2040<br>Fax: (510) 217-3580<br>fmedina@medinaorthwein.com<br>jorthwein@medinaorthwein.com<br>khubbard@medinaorthwein.com<br>dgalindo@medinaorthwein.com<br>*Attorneys for Plaintiff*<br>*Jennifer Rose fka John Gann* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER AMELIA ROSE (F/K/A John David Gann),<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. ADAIR ET AL.,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-01384-LJO-JDP (PC)<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE FEB. 21, 2020 SETTLEMENT CONFERENCE**<br><br>Settlement Conf.: February 21, 2020<br>Time:　　　　 9:30 a.m.<br>Judge:　　　　Hon. Stanley A. Boone<br>Courtroom:　　9, 6th Floor<br>Trial Date:　　Not Yet Set |

After meeting and conferring, Plaintiff Jennifer Amelia Rose (f/k/a John David Gann) and Defendants R. Adair, M. Franco, J. Harmon, M. Moody, A. Rodriguez, and M. Agbayani ("Defendants"), by and through their respective attorneys of record, stipulate and jointly request the Court to vacate the February 21, 2020 settlement conference and reset the settlement conference to March 25, 2020, or March 4, 2020, should March 25, 2020 become unavailable.

On January 13, 2020, Plaintiff's counsel discovered an unforeseen conflict on the day of the current settlement conference. Plaintiff's counsel met and conferred with Defendants' counsel regarding this conflict, who agreed to stipulate to move the settlement conference date.

On January 14, 2020, Plaintiff's counsel communicated with the clerk for the assigned settlement conference judge, Magistrate Judge Stanley A. Boone, who informed Plaintiff's counsel that Magistrate Judge Boone also has a conflict on the current conference date and provided dates on which the court is available for a continued conference. Those dates are set forth above as proposed settlement conference dates.

Accordingly, the parties jointly request and stipulate that the settlement conference, currently scheduled for February 21, 2020, be continued to March 25, 2020, or March 4, 2020, if necessary.

Dated: January 16, 2020     Respectfully Submitted,

/s/ *Jennifer Orthwein*
Jennifer Orthwein
MEDINA ORTHWEIN LLP

*Attorney for Plaintiff Jennifer Rose*

Dated: January 16, 2020     Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN
Supervising Deputy Attorney General

*/s/ Preeti Bajwa*
PREETI K. BAJWA
Deputy Attorney General
*Defendants . Harmon, R. Adair, M. Moody,
M. Franco, A. Rodriguez, M. Agbayani*

**ORDER**

Good cause appearing, the Court hereby ORDERS the following:

The Settlement Conference currently scheduled for February 21, 2020 is continued until March 25, 2020 at 11:00 a.m. before Magistrate Judge Stanley A. Boone. Statements for both Parties are due seven days before the Conference.

IT IS SO ORDERED.

Dated: **January 17, 2020**

UNITED STATES MAGISTRATE JUDGE