# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER AMELIA ROSE, also known as JOHN DAVID GANN,<br><br>Plaintiff,<br><br>v.<br><br>R. ADAIR, *et.al.*,<br><br>Defendants. | Case No. 1:18-cv-01384-LJO-JDP<br><br>ORDER SETTING INFORMAL TELEPHONIC CONFERENCE RE STIPULATION REGARDING CONFIDENTIAL INFORMATION EXCHANGED FOR PURPOSES OF THE MARCH 25, 2020 SETTLEMENT CONFERENCE<br><br>[ECF No. 34] |

This case is currently set for settlement conference before the undersigned on March 25, 2020, at 11:00 a.m.

On December 19, 2019, the parties submitted a stipulation regarding confidential information exchanged for purposes of the March 25, 2020 settlement conference. (ECF No. 34.)

The Court hereby set an informal telephonic conference on **February 7, 2020, at 9:30 a.m.** before the undersigned to address the proposed stipulation. Counsel for both parties are directed to contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **January 30, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1