# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER AMELIA ROSE, also known as JOHN DAVID GANN,<br><br>    Plaintiff,<br><br>v.<br><br>R. ADAIR, *et.al.*,<br><br>    Defendants. | Case No. 1:18-cv-01384-NONE-JDP<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXCUSE PERSONAL APPEARANCES AT SETTLEMENT CONFERENCE<br><br>[ECF No. 42] |

This case is currently set for settlement conference before the undersigned on March 25, 2020, at 11:00 a.m.

On March 11, 2020, Defendants filed a request to excuse personal appearances at the settlement conference. Defendants request that R. Adair, M. Agbayani, M. Fanco, J. Harmon, M. Moody, A. Rodriguez and California Department of Corrections and Rehabilitation (CDCR) staff counsel be excused from appearing in person at the conference. (ECF No. 42.)

Good cause having been presented, it is HEREBY ORDERED that:

1. Defendants' request to excuse personal appearances at the settlement conference on March 25, 2020, is GRANTED; and

///

///

///

1

2. Defendants R. Adair, M. Agbayani, M. Fanco, J. Harmon, M. Moody, and A. Rodriguez and CDCR staff counsel need not be present at the settlement conference on March 25, 2020. CDCR counsel must be available at all times during the conference by phone should the court require contact.

IT IS SO ORDERED.

Dated: **March 12, 2020**

UNITED STATES MAGISTRATE JUDGE