# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER AMELIA ROSE, also known as JOHN DAVID GANN,<br><br>Plaintiff,<br><br>v.<br><br>R. ADAIR, *et.al.*,<br><br>Defendants. | Case No. 1:18-cv-01384-NONE-JDP<br><br>ORDER APPROVING STIPULATION TO CONTINUE MARCH 25, 2020 SETTLEMENT CONFERENCE<br><br>[ECF No. 44] |

This case is currently set for settlement conference before the undersigned on March 25, 2020, at 11:00 a.m.

On March 16, 2020, the parties filed a stipulation to continue the March 25, 2020 settlement conference. (ECF No. 44.)

Good cause having been presented and pursuant to the parties' stipulation, the March 25, 2020 settlement conference is HEREBY CONTINUED to June 12, 2020, at 10:30 a.m.. The parties confidential settlement statements shall be filed on or before June 5, 2020. All other provisions of the Court's October 21, 2029 remain in full force and effect.

IT IS SO ORDERED.

Dated: __**March 16, 2020**__

UNITED STATES MAGISTRATE JUDGE

1