# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER AMELIA ROSE,<br>Also known as<br>JOHN DAVID GANN<br><br>Plaintiff,<br><br>v.<br><br>R. ADAIR, *et al*.,<br><br>Defendants. | Case No. 1:18-cv-01384-NONE-JDP (PC)<br><br>ORDER DIRECTING THAT PLAINTIFF HAS TELEPHONE ACCESS TO COMMUNICATE WITH COUNSEL PRIOR TO THE JUNE 12, 2020 SETTLEMENT CONFERENCE<br><br>(Doc. Nos. 45, 46) |

This case is currently set for settlement conference before the undersigned on June 12, 2020, and the confidential settlement conference statements are due on or before June 9, 2020.

In order to facilitate the settlement conference and the filing of the confidential settlement conference statement, it is HEREBY ORDERED that Plaintiff be allowed conduct a confidential and secure attorney-client telephone call with his counsel, Kevin Hubbard and Jennifer Orthwein, one time prior to the June 12, 2020 settlement conference and preferably prior to the **June 9, 2020** deadline to file a confidential settlement statement.

///

///

///

///

1

Counsel are advised to participate in the video settlement conference on June 12, 2020, at 10:30 a.m., via zoom meeting ID 161-193-5848, password 206782, and Plaintiff shall participate in the conference via zoom telephone by dialing (669)-254-5252 and entering Zoom ID and password.

IT IS SO ORDERED.

Dated:  **June 5, 2020**

UNITED STATES MAGISTRATE JUDGE