# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER AMELIA ROSE, also known as JOHN DAVID GANN,<br><br>Plaintiff,<br><br>v.<br><br>R. ADAIR, *et.al.*,<br><br>Defendants. | Case No. 1:18-cv-01384-LJO-JDP<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>THIRTY DAY DEADLINE |

The Court conducted a settlement conference in this action on June 12, 2020, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 16, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28