UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER AMELIA ROSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. ADAIR, *et al.*<br><br>　　　　　Defendants. | Case No. 1:18-cv-01384-NONE-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE<br><br>ECF No. 51 |

On June 29, 2020, the parties filed a stipulation of voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 51. The stipulation is signed by representatives of all parties who have appeared. The court therefore directs the clerk's office to close the case.

IT IS SO ORDERED.

Dated: 　June 30, 2020　　　　　　　　　　　　／s/ Jeremy Peterson　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.